IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUIS MUNIZ, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | C.A. NO. C-07-76 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, | § | |
| Correctional Institutions | § | |
| Division, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this Court's "Order Adopting Memorandum and Recommendation," the Court hereby enters final judgment dismissing this action.

SIGNED this the 10th day of July, 2007.

_____
Janis Graham Jack
United States District Judge